1  ALEXANDER G. CALFO (SBN 152891)
     *ACalfo@yukelaw.com*
2  KELLEY S. OLAH (SBN 245180)
     *KOlah@yukelaw.com*
3  GABRIELLE ANDERSON-THOMPSON (SBN 247039)
     *ganderson-thompson@yukelaw.com*
4  YUKEVICH CALFO & CAVANAUGH
   355 S. Grand Avenue, 15th Floor
5  Los Angeles, CA  90071-1560
   Telephone:     (213) 362-7777
6  Facsimile:     (213) 362-7788

7  Attorneys for Defendants
   DEPUY ORTHOPAEDICS, INC., JOHNSON &
8  JOHNSON SERVICES, INC., JOHNSON &
   JOHNSON (erroneously sued as "Johnson &
9  Johnson, Inc."), and  DEPUY
   INTERNATIONAL LIMITED (erroneously sued
10 as "DePuy International, Ltd.")

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| DENNIS J. HERMAN, | CASE NO. CV12-03887-EMC |
| Plaintiff, | [~~PROPO~~SED] ORDER RE STIPULATION TO STAY PROCEEDINGS |
| vs. | AND RESETTING CMC |
| DEPUY ORTHOPAEDICS, INC., JOHNSON & JOHNSON SERVICES, INC., JOHNSON & JOHNSON, INC., DEPUY INTERNATIONAL, LTD., THOMAS P. SCHMALZRIED, M.D., THOMAS P. SCHMALZRIED, M.D. A PROFESSIONAL CORPORATION; and DOES 1 through 20, inclusive, | |
| Defendants. | |

Upon consideration of the Stipulation to Stay Proceedings submitted by Plaintiff DENNIS J. HERMAN and Defendants DEPUY ORTHOPAEDICS, INC., JOHNSON & JOHNSON SERVICES, INC., JOHNSON & JOHNSON (erroneously sued as Johnson & Johnson, Inc."), and DEPUY INTERNATIONAL LIMITED (erroneously sued as DePuy International, Ltd.") (hereafter collectively "the Parties"); upon consideration of all documents, files, and pleadings in

1  this action; and upon good cause shown, it is hereby ORDERED that:

2    1.    The Parties' request for a stay of proceedings is GRANTED;

3    2.    All proceedings in this action are hereby stayed, pending a decision by the Judicial Panel on Multidistrict Litigation on whether this case should be transferred to *In re DePuy Orthopaedics, Inc. Pinnacle Hip Implant Products Liability Litigation*, MDL Docket No. 2244.

7    3.    All deadlines, including any deadlines relating to a potential remand motion and any outstanding responsive pleading, are extended pending entry of a Scheduling Order in the MDL court addressing the sequencing and processing of future remand motions.

PURSUANT TO STIPULATION, IT IS SO ORDERED.   The CMC is reset from 10/26/12 to 4/5/13 at 9:00 a.m.

Dated: ___7/31___, 2012

_____
Hon. Edward M. Chen



IT IS SO ORDERED AS MODIFIED
Judge Edward M. Chen